TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
CYBILL L. DOTSON
Assistant United States Attorney
Nevada Bar Number 8428
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Cybill.Dotson@usdoj.gov

*Attorneys for the United States*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>JESSE ALEXANDER MOULDING,<br><br>Debtor(s). | Case No.: 25-11180-nmc<br>Chapter: 7 |
| JESSE ALEXANDER MOULDING,<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>Defendant(s). | Adversary Case No.: 25-01164-nmc<br><br>**STIPULATED REQUEST FOR ENTRY OF ORDER DISCHARGING STUDENT LOAN DEBT** |

Plaintiff JESSE ALEXANDER MOULDING (“Plaintiff”) and Defendant United States Department of Education (“United States”), by and through the undersigned, submit this stipulated request, pursuant to Bankruptcy Local Rule 1001-(b)(2) and Local Civil Rule 7-1, for entry of an order discharging the Plaintiff’s student loan debt at issue in this adversary proceeding pursuant to 11 U.S.C. § 523(a)(8). This stipulation is based on the following:

1. Plaintiff commenced the above-captioned bankruptcy case on March 4, 2025, by filing a petition under Chapter 7 of Title 11 of the United States Code.
2. Plaintiff then filed the above-captioned adversary proceeding against the United States on July 22, 2025, seeking discharge, pursuant to 11 U.S.C. § 523(a)(8), of certain student loan debt that Plaintiff incurred in the amount of $10,394.57 to attend various educational institutions (the "Student Loan Debt") on the ground that excepting the debt from discharge would impose an undue hardship. ECF No. 1.
3. On August 26, 2025, the United States answered Plaintiff's Complaint. ECF No. 6.
4. Pursuant to the United States Department of Justice's November 17, 2022, Guidance for Department Attorneys Regarding Student Loan Bankruptcy Litigation, Plaintiff submitted to the United States an Attestation of Jesse Alexander Moulding in Support of Request for Stipulation Conceding Dischargeability of Student Loans ("Attestation").
5. After reviewing the Attestation and its supporting documents, the U.S. Department of Education agrees that the Court should discharge, pursuant to 11 U.S.C. § 523(a)(8), the Student Loan Debt.
6. The Parties desire to amicably resolve the matters at issue in the Adversary Proceeding and, therefore, have agreed to enter into this Stipulated Request for Entry of Order Discharging Student Loan Debt. The United States thus recommends to the Court that a finding of undue hardship is appropriate and request that the Court discharge Plaintiff's Student Loan Debt pursuant to 11 U.S.C. § 523(a)(8).

///

///

///

///

///

7. The parties have conferred and agree to the entry of the accompanying proposed Order Discharging Student Loan Debt.

Respectfully submitted this 8th day of December 2025.

TODD BLANCHE
Deputy Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Cybill L. Dotson*
CYBILL L. DOTSON
Assistant United States Attorney
Attorneys for Defendant

*/s/ Sarah E. Atwood*
SARAH E. ATWOOD
Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on ___8th_____ day of __December_____________, 2025, I caused to be electronically filed and served on registered counsel of record the foregoing United States' Stipulated Request for Entry of Order Discharging Student Loan Debt with the Clerk of the Court for the United States Bankruptcy Court for the District of Nevada using the CM/ECF system.

*/s/ Cybill L. Dotson*
Cybill L. Dotson
Assistant U.S. Attorney